NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 08a0355n.06
Filed: June 19, 2008

No. 07-5896

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| DEBRA WHITE, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| COMMISSIONER OF SOCIAL | ) | WESTERN DISTRICT OF TENNESSEE |
| SECURITY, | ) | |
| | ) | |
| Defendant-Appellee. | | |

**BEFORE: GILMAN and COOK, Circuit Judges; and COHN, District Judge.**[*]

**AVERN COHN, District Judge**. This is a social security case. Plaintiff-Appellant Debra White sought judicial review under 42 U.S.C. § 405(g) challenging the final decision of defendant-appellee, the Commissioner of Social Security (Commissioner), that she was no longer disabled and therefore not entitled to benefits. The district court affirmed the Commissioner's decision. White appeals, arguing that the administrative law judge erred in discounting the opinions of White's two treating physicians and accepting the opinion of the state agency consultive examining doctor regarding White's ability to work.

---

[*]The Honorable Avern Cohn, United States District Judge for the Eastern District of Michigan, sitting by designation.

After carefully reviewing the record, the applicable law, and the parties' briefs, we find that the district court did not err in affirming the Commissioner's decision. As the district court's opinion carefully and correctly sets out the law governing the issues raised, and clearly articulates the reasons underlying its decision, issuance of a full written opinion by this Court would serve no useful purpose. Accordingly, for the reasons stated in the district court's opinion, we AFFIRM.